**FILED**

MAY - 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  MELINDA HAAG (CASBN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   ROBERT K. PRUITT (KYBN 93232)
5  Special Assistant United States Attorney

6       Defense Language Institute – Criminal Law
        1336 Plummer Street, Building 275
7       Monterey, CA  93944
        Telephone: (831) 242-6394
8       Email: robert.k.pruitt.mil@mail.mil

9  Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SALINAS DIVISION

13 UNITED STATES OF AMERICA,        ) Criminal No.: CR-12-00772 PSG
                                    )
14         Plaintiff,                ) SECOND STIPULATION AND
                                    ) [PROPOSED] ORDER EXCLUDING TIME
15   vs.                             )
                                    )
16 ANTOINE EDWARD DOMINIC TURNER,   )
                                    )
17         Defendant.                )
                                    )
18 _____  )

19     On April 1, 2013 the parties in this case appeared before the Court for a status hearing. The
20 parties jointly requested that the case be continued until June 3, 2013 at 9:00 am, in order to
21 allow counsel reasonable time necessary for effective preparation. In addition, the parties
22 request an exclusion of time under the Speedy Trial Act, from April 1, 2013 to June 3, 2013.
23 The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's
24 need for effective preparation of counsel.
25
26

| | |
|---|---|
| SO STIPULATED: | MELINDA HAAG<br>United States Attorney |
| DATED: April 30, 2013 | /S/<br>ROBERT K. PRUITT<br>Special Assistant United States Attorney |
| DATED: May 1, 2013 | /S/<br>MANUEL ARAUJO<br>Counsel for the Defendant |

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 1, 2013 to June 3, 2013. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 5/2/13

HOWARD R. LLOYD
United States Magistrate Judge